No. 93–5842. BRYANT *v.* MUTH ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5843. BENAVIDES *v.* BUREAU OF PRISONS. C. A. D. C. Cir. Certiorari denied.

No. 93–5867. DESAMOUR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5870. BARNETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5892. SAMA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5894. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5906. HODGES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–5991. SANTANA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–6088. HARRIS *v.* SULLIVAN, ACTING SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6098. DE LA GARZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6099. SMITH *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 93–6168. PHILLIPS *v.* CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–6178. GROOMS *v.* MOBAY CHEMICAL CORP. C. A. 4th Cir. Certiorari denied.

No. 93–6183. MOORHEAD *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–6195. MAURER *v.* KOENIG, COMMISSIONER, CALIFORNIA BOARD OF PRISON TERMS. C. A. 9th Cir. Certiorari denied.